**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS UNITED, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> Defendant. | Civil Docket No. 16-cv-67 (CRC) |

## DEFENDANT'S STATUS REPORT

The U.S. Department of State ("State"), by and through its undersigned counsel, and pursuant to the Court's April 19, 2016, scheduling order, respectfully submits the following:

This case arises under the Freedom of Information Act ("FOIA").  For this case, Plaintiff has submitted four separate FOIA requests to State, seeking "emails and other records of communications" between four individuals – Amitabh Desai, Justin Cooper, Oscar Flores, and Diane Reynolds (a pseudonym for Chelsea Clinton) – and several former senior officials within State.  State is processing these materials and producing responsive, non-exempt pages to Plaintiff.  On Monday, April 24, 2017, State completed processing of 454 pages and produced 240 pages to Plaintiff.

State's next production will be due on Monday, May 22, 2017.  State's next status report is due on Wednesday, May 31, 2017.

Dated:  May 3, 2017                           Respectfully submitted,


                                              JOYCE R. BRANDA
                                              Deputy Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney for the District of Columbia

MARCIA BERMAN
Assistant Branch Director

*/s/ Joseph E. Borson*
JOSEPH E. BORSON
Trial Attorney (Virginia Bar No. 85519)
U.S. Department of Justice,
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone:     (202) 514-1944
Facsimile:     (202) 616-8460
E-mail:        joseph.borson@usdoj.gov

*Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 3, 2017, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing to the parties.

/s/ *Joseph E. Borson*
JOSEPH E. BORSON