# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> Defendant. | Civil Docket No. 16-cv-67 (CRC) |

## DEFENDANT'S STATUS REPORT

The U.S. Department of State ("State"), by and through its undersigned counsel, and pursuant to the Court's November 15, 2017, scheduling order, respectfully submits the following:

This case arises under the Freedom of Information Act ("FOIA"). For this case, Plaintiff has submitted four separate FOIA requests to State, seeking "emails and other records of communications" between four individuals – Amitabh Desai, Justin Cooper, Oscar Flores, and Diane Reynolds (a pseudonym for Chelsea Clinton) – and several former senior officials within State. State is processing these materials and producing responsive, non-exempt pages to Plaintiff. As previously reported, State has voluntarily agreed to search material that was provided by the FBI to State in July and August of 2016 for any responsive e-mails to or from Huma Abedin, notwithstanding the fact that these documents were not in its custody, possession, and control at the time that Plaintiff's FOIA requests were made. *See* Status Report (Nov. 15, 2017), ECF No. 34.

On Monday, January 8, 2018, State completed processing of 323 pages and produced 107 pages to Plaintiff. State's next production will be on February 7, 2018, and its next Status Report will be due on Friday, February 17, 2018.

Dated:  January 18, 2018                    Respectfully submitted,

                                              CHAD A. READLER
Acting Assistant Attorney General
Civil Division

JESSIE K. LIU
United States Attorney for the District of Columbia

MARCIA BERMAN
Assistant Branch Director

*/s/ Joseph E. Borson*___
JOSEPH E. BORSON
Trial Attorney (Virginia Bar No. 85519)
U.S. Department of Justice,
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone:     (202) 514-1944
Facsimile:      (202) 616-8460
E-mail:           joseph.borson@usdoj.gov

*Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 18, 2018, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing to the parties.

/s/ *Joseph E. Borson*
JOSEPH E. BORSON